January 5, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

HABANERO, INC., Appellant

NO. 14-11-00339-CV             V.

JIM SCHWEITZER AND GEORGE WOOD, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Jim Schweitzer and George Wood, signed January 12, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Habanero, Inc., to pay all costs incurred in this appeal. We further order this decision certified below for observance.